Commonwealth ex rel. Lazowick *v.* Lazowick, Appellant.

Argued June 14, 1974. *David I. Grunfeld,* with him

*Steinberg, Greenstein, Richman & Price,* for appellant; *William L. Zeitz,* for appellee.

Order affirmed.